September 25, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

JJJJ WALKER, LLC; DYNAFAB USA, LLC; RENAISSANCE PROPERTIES OF TEXAS, LLC; PRIYA PROPERTIES, LLC; BD TEXAS, LLC; AND KW HOSPITAL ACQUISITION, LLC, Appellants

NO. 14-13-00161-CV                V.

ERIC YOLLICK, Appellee

_____

This court today heard a motion for rehearing filed by appellee Eric Yollick. We order the motion be denied, and that the court's former judgment of June 5, 2014 be vacated, set aside, and annulled. We further order this court's opinion of June 5, 2014 withdrawn and our opinion of this date substituted in its place.

This cause, an appeal from the judgment signed November 26, 2012 in favor of appellee Eric Yollick, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the jury's verdict and this court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee Eric Yollick.

We further order this decision certified below for observance.